**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Charles Garten, Jr. and Rebecca J. Schultz, Defendants,

Of whom Rebecca J. Schultz is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2016-000187

---

Appeal From Colleton County
Gordon B. Jenkinson, Family Court Judge

---

Unpublished Opinion No. 2016-UP-500
Submitted November 10, 2016 – Filed December 2, 2016

---

**AFFIRMED**

---

Marshall L. Horton and Lindsay Yoas Goodman, both of
Horton & Goodman, LLC, of Bluffton, for Appellant.

Jillian D. Ullman, of South Carolina Department of
Social Services, of Walterboro, for Respondent.

Gregory Michael Galvin, of Galvin Law Group, of Beaufort, for the Guardian ad Litem.

**PER CURIAM:** Rebecca J. Schultz appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Schultz's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.